Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Linda Machell

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MACHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TD BANK USA, N.A., ET AL.,<br><br>　　　　Defendants. | Case No.: 5:17-cv-01839-HRL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TD BANK USA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Linda Machell and defendant TD Bank USA, N.A. that TD Bank USA, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT TD BANK USA, N.A. -1-

| | | |
|---|---|---|
| DATED: August 18, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* <br> Elliot Gale <br> Attorney for Plaintiff Linda Machell |
| DATED: August 18, 2017 | | **Hinshaw & Culbertson, LLP** |
| | By: | */s/ Renee Choy Ohlendorf* <br> Renee Choy Ohlendorf <br> Attorney for Defendant TD Bank USA, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Renee Choy Ohlendorf has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, TD Bank USA, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

                   Hon. Howard R. Lloyd
                   UNITED STATES DISTRICT JUDGE