Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Linda Machell

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MACHELL,<br><br>  Plaintiff,<br><br> v.<br><br>TD BANK USA, N.A., ET AL.,<br><br>  Defendants. | Case No.: 5:17-cv-01839-HRL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT LAW OFFICE OF PATENAUDE & FELIX, APC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Linda Machell and defendant Law Office of Patenaude & Felix, APC that Law Office of Patenaude & Felix, APC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: August 18, 2017 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Linda Machell

DATED: August 18, 2017 **Patenaude and Felix, APC**

By: */s/ Jeffrey William Speights*
Jeffrey William Speights
Attorney for Defendant Law Office of
Patenaude & Felix, APC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jeffrey William Speights has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Law Office of Patenaude & Felix, APC is dismissed with prejudice.

IT IS SO ORDERED.

DATED:

Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT   LAW OFFICE OF PATENAUDE & FELIX, APC -2-